UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-74 (MJD)

UNITED STATES OF AMERICA,

        Plaintiff,              **MOTION FOR EXTENSION
OF TIME TO FILE
RESPONSE**

    v.

XAVIER JEROME BUCKHANAN,

        Defendant.


The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully moves the Court for an extension of time to file its response to Xavier Buckhanan's new motion to compel. The government's response is due April 8, 2026. The government seeks a two-week extension.

The undersigned is in the process of preparing a response to Buckhanan's new motion but will be unable to complete it by April 8. In addition to that memorandum, she is currently preparing an Eighth Circuit brief, a response to a motion to vacate under 28 U.S.C. § 2255, two responses to motions to modify conditions of supervised release, and two responses to motions for compassionate release, all of which are due in the next two weeks. She is also preparing for seven final revocation hearings that will take place

over the next ten days. The requested  extension will allow the government to prepare a comprehensive response to Buckhanan's new motion.

Dated: April 7, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Katharine T. Buzicky*

BY:  KATHARINE T. BUZICKY
Assistant U.S. Attorney