# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                            **MEMORANDUM OF LAW & ORDER**
                                            Criminal File No. 21-00074 (MJD)

XAVIER JEROME BUCKHANAN,

      Defendant.

Katharine T. Buzicky, Assistant United States Attorney, Counsel for Plaintiff.
Xavier Jerome Buckhanan, pro se.

This matter is before the Court on Defendant Xavier Jerome Buckhanan's [Third] Pro Se Motion to Compel the production of a BCA purity test run on methamphetamine seized in this case. (Doc. 148.) Buckhanan again seeks an order compelling the government to produce the same lab results on the methamphetamine that was tested in this case. He asserts that these results are exculpatory discovery material that the government illegally suppressed. He also asserts that the government used the lab report to "increase his sentence and to force [him] into accepting the government's plea agreement" and "[h]ad this evidence been available to" him, Buckhanan would have gone to trial. (Id. at 1-2.) Although this is only Buckhanan's second "motion to compel," it is the third

1

time he has asked for this production.  For all the reasons stated in the Court's

two previous orders denying this relief, the motion is denied.  (See Docs. 101;

134.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Defendant Xavier Jerome Buckhanan's [Third] Pro Se

Motion to Compel **[Doc. 148]** is **DENIED**.


Dated:  May 12, 2026                          s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court